**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PHARMACY CORPORATION OF AMERICA d/b/a PHARMERICA, | ) ) ) | |
| Judgment Creditor | ) ) | Case No. 1:19-mc-00291 (KPF) |
| v. | ) ) ) ) | **ORDER ON JUDGMENT CREDITOR'S MOTION FOR TURNOVER ORDER** |
| COHASSET CARE AND REHABILITATION CENTER LLC, | ) ) ) ) | |
| Judgment Debtor. | ) | |

This matter having come before the Court on Judgment Creditor Pharmacy Corporation of America d/b/a PharMerica's Motion for Turnover Order, and the Court having reviewed the motion and supporting documents filed by Judgment Creditor and having provided time for any responses or objections by Judgment Debtor Cohasset Care and Rehabilitation Center LLC and/or Signature Bank, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Judgment Creditor's Motion for Turnover Order is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that Signature Bank shall turn over to Judgment Creditor all amounts Signature Bank holds on behalf of, or for the benefit of, Judgment Debtor, up to the amount of $171,518.79 (the judgment amount of $196,518.79 less $25,000 paid by Judgment Debtor to Judgment Creditor). To the extent that the amount of funds held by Signature Bank on behalf of, or for the benefit of, Judgment Debtor exceeds $171,518.79, Signature Bank shall inform Judgment Creditor and shall continue to hold such amounts and

shall not disburse them, and Judgment Creditor may apply to this Court for determination of the amount owed to it after taking into account the amount of interest that has accrued from the date of entry of the judgment.

Dated: December 5, 2019
      New York, New York

_____
United States District Judge
Southern District of New York